

Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, New York  10022

troutman.com

**Valerie Sirota**
valerie.sirota@troutman.com

August 21, 2020

**VIA ECF**
The Honorable J. Paul Oetken
United States District Court for the Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 706
New York, NY 10007

Re:   *NY Group for Plastic Surgery LLP v. Anthem Blue Cross, et al.*,  Index No. 1:20-cv-04234-JPO; Letter Motion to Substitute Redacted Exhibit

Your Honor:

We represent Defendants Anthem Blue Cross and Anthem, Inc. (collectively, "Anthem") in the above-referenced action.  On August 20, 2020, Anthem filed a Declaration of Frances Schultz in Support of Anthem's Motion to Dismiss the Amended Complaint, including copies of Explanations of Benefits as Exhibit B [*See* Dkt. 21].  The Explanations of Benefits contain identifying information protected by the Health Insurance Portability and Accountability Act of 1996 (HIPAA), which was inadvertently filed without redaction. Pursuant to Rule 5.2 of the Federal Rules of Civil Procedure and Rule 2(E) of Your Honor's Individual Practices, Anthem submits this request to remove Exhibit B from the docket and replace it with the redacted version, filed in conjunction with this letter motion.

We thank Your Honor for your consideration of this request. If Your Honor has any questions or concerns, please do not hesitate to contact my office.

Respectfully submitted,

*/s/ Valerie Sirota*
Valerie Sirota

> Granted.  The unredacted exhibit shall be filed under seal and the redacted exhibit shall be docketed publicly.
> So ordered.
> August 24, 2020

_____
J. PAUL OETKEN
United States District Judge