UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW YORK GROUP FOR PLASTIC SURGERY LLP,

                 Plaintiff,

-v-

ANTHEM BLUE CROSS and ANTHEM INC.,

                 Defendants.

20-CV-4234 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Defendant filed an Exhibit to a Reply Affirmation in Support of a Motion to Dismiss without any viewing restrictions. (Dkt. No. 29-1.) The Court respectfully directs the Clerk of Court to strike Defendant's Exhibit A to its Reply Affirmation in Support of a Motion to Dismiss without any Viewing Restrictions. (Dkt. No. 29-1.) The redacted version of the Exhibit remains available at Docket Number 30-1.

    SO ORDERED.

Dated: October 23, 2020
       New York, New York

_____
J. PAUL OETKEN
United States District Judge