UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW YORK GROUP FOR PLASTIC SURGERY LLP,
                 Plaintiff,

-v-

ANTHEM BLUE CROSS and ANTHEM INC.,
                 Defendants.

20-CV-4234 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Defendant filed an Exhibit to a Declaration in Support of a Motion to Dismiss without any viewing restrictions. (Dkt. No. 17-2.) The Court respectfully directs the Clerk of Court to strike Defendant's Exhibit 2 to its Declaration in Support of a Motion to Dismiss. (Dkt. No. 17-2.) The redacted version of the Exhibit remains available at Docket Number 28-1.

    SO ORDERED.

Dated: October 27, 2020
       New York, New York

                                                  J. PAUL OETKEN
                                           United States District Judge