UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NEW YORK GROUP FOR PLASTIC
SURGERY LLP,

                      Plaintiff,

      -against-                                           20 **CIVIL** 4234 (JPO)

                                                     **JUDGMENT**

ANTHEM BLUE CROSS, et al.,

                      Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 22, 2022, Anthem's motion to dismiss is GRANTED; accordingly, this case is closed.

**Dated:**  New York, New York
           February 22, 2022

                                                                 **RUBY J. KRAJICK**
                                                                  _____
                                                                   **Clerk of Court**
                               **BY:**
                                                                     **Deputy Clerk**